| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Kruschen, Douglas<br>P.O. Box 465<br>MSC: 53818<br>Agoura Hills, CA 91376<br><br>ATTORNEY(S) FOR: Plaintiff, Pro Se | CLEAR FORM<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>04/03/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY     GSA     DEPUTY<br>DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Kruschen<br><br>Plaintiff(s),<br>v.<br>Victor Rene Martinez, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-02883-FLA-(JPRx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Kruschen, Douglas_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Victor Rene Martinez | Defendant |
| Norberto Martinez | Defendant |
| Steven Richard Gittleman | Defendant |
| Kerrie Dolan | Defendant |
| Annandale Townhouse Association, Inc. | Defendant |
| Douglas Kruschen | Plaintiff |

| | |
|---|---|
| **April 3, 2025**<br>Date | *[signature]*<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Douglas Kruschen