

# [PROPOSED] PROTECTIVE ORDER

Upon review of Plaintiff's Ex Parte Application and Motion, the Court finds good cause under Rule 26(c) and ORDERS:

1. All documents disclosing Plaintiff's disability status, CRD complaint, or medical history are designated Confidential;
2. Defendants shall not disseminate, publish, or share any such documents outside of this litigation;
3. Defendants are prohibited from contacting or involving unrelated third parties (residents, vendors, etc.) regarding this case;

This Order may be modified or enforced upon future motion.

IT IS SO ORDERED.

Dated: _____, 2025

_____

United States District Court Judge

EX PARTE APPLICATION FOR ENTRY OF PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; MOTION FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DOUGLAS KRUSCHEN; [PROPOSED] ORDER