UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRUSCHEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>VICTOR RENE MARTINEZ, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-02883-FLA (JPRx)<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING [DKT. 23]** |

On April 30, 2025, Plaintiff Douglas Kruschen ("Plaintiff") filed an *ex parte* application ("Application"), requesting the court issue a temporary restraining order and order Defendants to show cause why a preliminary injunction should not issue. Dkt. 23.  Defendants oppose the Application.  Dkt. 26.

*Ex parte* applications are requests made to the court outside the framework of the ordinary rules for notice of a hearing.  *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995).  They do not offer the opposing party a fair opportunity to respond and are "rarely justified."  *Id.* at 490–91.  To obtain *ex parte* relief, a moving party must present evidence to show that the moving party's cause will be "irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures" and that "the moving party is without fault in

creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect." *Id.* at 492.  Further, before filing an *ex parte* application, a party must "(a) … make reasonable, good faith efforts orally to advise counsel for all other parties, if known, of the date and substance of the proposed ex parte application and (b) … advise the [c]ourt in writing and under oath of efforts to contact other counsel and whether any other counsel, after such advice, opposes the application."  Local Rule 7-19.1.

Having reviewed and considered the Application, the court DENIES the Application for failure to establish irreparable prejudice if the underlying motion is heard according to regular noticed motion procedures.  *See Mission Power*, 883 F. Supp. at 492.

IT IS SO ORDERED.

Dated: May 5, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge