Lonnie D. Giamela (SBN 228435)
E-Mail: lgiamela@fisherphillips.com
Bronte Mehdian (SBN 334026)
bmehdian@fisherphillips.com
Chelsea N. Viola (SBN 358128)
E-Mail: cviola@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
ANNANDALE TOWNHOUSE ASSOCIATION, INC.;
VICTOR RENE MARTINEZ; NORBERTO MARTINEZ;
STEVEN RICHARD GITTLEMAN; and KERRIE DOLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR RENE MARTINEZ, an individual; NORBERTO MARTINEZ, an individual; STEVEN RICHARD GITTLEMAN, an individual; KERRIE DOLAN, an individual; ANNANDALE TOWNHOUSE ASSOCIATION, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02883-FLA (JPRx)<br><br>**DEFENDANTS' NOTICE OF RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>*[Filed Concurrently with the Memorandum of Points and Authorities; Declaration of Lonnie D. Giamela; and [Proposed] Order]*<br><br>Hearing Date: June 13, 2025<br>Time: 1:30 p.m.<br>Judge: The Honorable Fernando L. Aenlle-Rocha, Courtroom 6B, 6th Floor<br><br>Complaint Filed: April 2, 2025<br>Trial Date: Not Set |

TO THE COURT AND PLAINTIFF IN *PRO SE*:

**PLEASE TAKE NOTICE** that on June 13, 2025 at 1:30 p.m. or as soon thereafter as this matter may be heard in Courtroom X of the above-captioned Court, located at X, Defendants Victor Rene Martinez, Norberto Martinez, Steven Richard Gittleman, Kerrie Dolan, and Annandale Townhouse Association ("Defendants") will and hereby does move does move this Court pursuant to Federal Rules of Civil Procedure, Rule 12(b)(2) for an order dismissing the Plaintiff Douglas Kruschen's ("Plaintiff") First Amended Complaint in its entirety, including each cause of action, pursuant to Federal Rule of Civil Procedure Rules 8 and 12(b)(6), on the grounds that under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). Plaintiff fails to plead sufficient factual matter to state a facially plausible claim for his First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth Cause of Action.

Defendants' Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the concurrently submitted Declaration of Lonnie Giamela, the Court's file and record in this action, all matters which may by be judicially noticed pursuant to Rule 201 of Federal Rules of Evidence, and such other and further documentary evidence and arguments as may be presented to the Court at or before the hearing of this Motion.

This Motion is made following the conference of Plaintiff pursuant to Local Rule 7-3, which took place on May 5, 2025. Despite a good faith effort, the parties were unable to resolve the substantive issues because Plaintiff did not respond to Defendants' to meet and confer. *See* Declaration of Lonnie Giamela at ¶¶ 4-5.

/ / /

/ / /

/ / /

Dated: May 12, 2025

FISHER & PHILLIPS LLP

By: /s/ *Lonnie D. Giamela*
Lonnie D. Giamela
Bronte Mehdian
Chelsea N. Viola

Attorneys for Defendants
VICTOR RENE MARTINEZ; NORBERTO MARTINEZ; STEVEN RICHARD GITTLEMAN; KERRIE DOLAN; and ANNANDALE TOWNHOUSE ASSOCIATION, INC.

DEFENDANTS' NOTICE OF RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT

FP 54789814.1