1  Lonnie D. Giamela (SBN 228435)
   E-Mail: lgiamela@fisherphillips.com
2  Bronte Mehdian (SBN 334026)
   bmehdian@fisherphillips.com
3  Chelsea N. Viola (SBN 358128)
4  E-Mail: cviola@fisherphillips.com
   FISHER & PHILLIPS LLP
5  444 South Flower Street, Suite 1500
   Los Angeles, California 90071
6  Telephone: (213) 330-4500
7  Facsimile: (213) 330-4501

8  Attorneys for Defendants
   ANNANDALE TOWNHOUSE ASSOCIATION, INC.;
9  VICTOR RENE MARTINEZ; NORBERTO MARTINEZ;
   STEVEN RICHARD GITTLEMAN; and KERRIE DOLAN
10

11              IN THE UNITED STATES DISTRICT COURT

12        FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

13

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR RENE MARTINEZ, an individual; NORBERTO MARTINEZ, an individual; STEVEN RICHARD GITTLEMAN, an individual; KERRIE DOLAN, an individual; ANNANDALE TOWNHOUSE ASSOCIATION, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02883-FLA (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>*[Filed Concurrently with the Notice of Motion; Memorandum of Points and Authorities; and Declaration of Lonnie D. Giamela]*<br><br>Hearing Date: June 13, 2025<br>Time: 1:30 p.m.<br>Judge: The Honorable Fernando L. Aenlle-Rocha, Courtroom 6B, 6th Floor<br><br>Complaint Filed: April 2, 2025<br>Trial Date: Not Set |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR RENE MARTINEZ, an individual; NORBERTO MARTINEZ, an individual; STEVEN RICHARD GITTLEMAN, an individual; KERRIE DOLAN, an individual; ANNANDALE TOWNHOUSE ASSOCIATION, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02883-FLA (JPRx)<br><br>**ORDER GRANTING DEFENDANTS' NOTICE OF RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date: June 13, 2025<br>Time: 1:30 p.m.<br>Judge: The Honorable Fernando L. Aenlle-Rocha, Courtroom 6B, 6th Floor<br><br>Complaint Filed: April 2, 2025<br>Trial Date: Not Set |

On June 13, 2025, Defendants' Victor Rene Martinez, Norberto Martinez, Steven Richard Gittleman, Kerrie Dolan, and Annandale Townhouse Association, Inc., ("Defendants") Motion to Dismiss Plaintiff Douglas Kruschen's ("Plaintiff") First Amended Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) came on regularly for hearing. Plaintiff and Defendant were represented by counsel.

Upon consideration of the briefing and oral argument, as well as the pleadings on file, the Court hereby ORDERS as follows:

1. Plaintiff's First Cause of Action for Violation of Fair Housing Act is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

2. Plaintiff's Second Cause of Action for Violation of California Fair Employment and Housing Act is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

3. Plaintiff's Third Cause of Action for Intentional Infliction of Emotional Distress is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

4. Plaintiff's Fourth Cause of Action for Private Nuisance is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

5. Plaintiff's Fifth Cause of Action for Declaratory and Injunctive Relief is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

6. Plaintiff's Sixth Cause of Action for Violation of Unruh Civil Rights Act for failure to state a claim. This dismissal is with prejudice / without prejudice.

7. Plaintiff's Seventh Cause of Action for Negligence/Negligent Supervision is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

8. Plaintiff's Eighth Cause of Action for Breach of Fiduciary Duty is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

9. Plaintiff's Ninth Cause of Action for Invasion of Privacy – Public Disclosure of Private Facts is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

10. Plaintiff's Tenth Cause of Action for Violation(s) of the Bane Can is dismissed for failure to state a claim. This dismissal is with prejudice / without prejudice.

The Court further ORDERS as follows: _____

_____

_____

_____

_____.

IT IS SO ORDERED.

DATE: _____          _____
                               FERNANDO L. AENLLE-ROCHA
                               UNITED STATES DISTRICT JUDGE