# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRUSCHEN<br><br>Plaintiff(s),<br><br>v.<br><br>VICTOR RENE MARTINEZ, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−02883−FLA−JPR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __5/19/2025__

Document No.:   __33__

Title of Document:   __DEFENDANTS' Request to continue scheduling Conference__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Missing formal proposed order which should have been submitted as a Separate Attachment thereto

Other:

As an alternative: 1) Prepare and e−file a formal Notice of Lodging, to be docketed ONLY under its SPECIFIC event: Notice of Lodging; 2) To which the formal proposed order is submitted as a Separate Attachment thereto.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __May 20, 2025__         By:  __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS