| | |
|---|---|
| 1 | Lonnie D. Giamela (SBN 228435) |
| 2 | E-Mail: lgiamela@fisherphillips.com<br>Bronte Mehdian (SBN 334026) |
| 3 | bmehdian@fisherphillips.com<br>Chelsea N. Viola (SBN 358128) |
| 4 | E-Mail: cviola@fisherphillips.com<br>FISHER & PHILLIPS LLP |
| 5 | 444 South Flower Street, Suite 1500<br>Los Angeles, California 90071 |
| 6 | Telephone: (213) 330-4500<br>Facsimile: (213) 330-4501 |
| 7 | |
| 8 | Attorneys for Defendants |
| 9 | ANNANDALE TOWNHOUSE ASSOCIATION, INC.;<br>VICTOR RENE MARTINEZ; NORBERTO MARTINEZ; |
| 10 | STEVEN RICHARD GITTLEMAN; and KERRIE DOLAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR RENE MARTINEZ, an individual; NORBERTO MARTINEZ, an individual; STEVEN RICHARD GITTLEMAN, an individual; KERRIE DOLAN, an individual; ANNANDALE TOWNHOUSE ASSOCIATION, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02883-FLA (JPRx)<br><br>**NOTICE OF ERRATA RE DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, REQUEST FOR ADDITIONAL TIME TO FILE REPLY AND CONTINUE HEARING**<br><br>Date:    June 13, 2025<br>Time:    1:30 PM<br>Place:   Hon. Fernando L. Aenelle Rocha, Courtroom 6B, 6th Floor<br><br>Complaint Filed: April 2, 2025<br>Trial Date: Not Set |

1

NOTICE OF ERRATA RE DEFENDANTS' MOTION TO STRIKE OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR ADDITIONAL TIME TO FILE REPLY AND CONTINUE HEARING

FP 55051126.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 28, 2025, Defendants filed a Motion to Strike Plaintiff's Opposition to Defendants' Motion to Dismiss, Or In The Alternative, Request for Additional Time to File Reply and Continue Hearing ("Motion to Strike") with the Court. The document contained a clerical error in the Request for Relief section.

Specifically, the Motion to Strike erroneously stated:

"Accordingly, Defendants respectfully request that the Court:

1. Strike Plaintiff's Opposition as improperly filed, or in the alternative;

2. Grant Defendants until June 27, 2025 to file their Reply; and

3. **Continue the hearing on the Motion from July 11, 2025 to a later date convenient for the Court**, as lead trial counsel will be on vacation from June 19, 2025 to June 30, 2025 and the following Friday (July 4, 2025) is Independence Day."

This was a typographical error. The Request for Relief should read as follows:

"Accordingly, Defendants respectfully request that the Court:

1. Strike Plaintiff's Opposition as improperly filed, or in the alternative;

2. Grant Defendants until June 27, 2025 to file their Reply; and

3. **Continue the hearing on the Motion from June 13, 2025 to July 11, 2025, or to a later date convenient for the Court,** as lead trial counsel will be on vacation from June 19, 2025 to June 30, 2025 and the following Friday (July 4, 2025) is Independence Day."

///

///

A corrected version of the Motion to Strike is attached hereto as **Exhibit A** for the Court's reference.

Dated: May 29, 2025              FISHER & PHILLIPS LLP

                                 By:      /s/ *Bronte Mehdian*
                                     Lonnie D. Giamela
                                     Bronte Mehdian
                                     Chelsea N. Viola
                                     Attorneys for Defendants
                                     VICTOR RENE MARTINEZ; NORBERTO MARTINEZ; STEVEN RICHARD GITTLEMAN; KERRIE DOLAN; and ANNANDALE TOWNHOUSE ASSOCIATION, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, am at least 18 years old and not a party to this action. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I am employed in the County of Los Angeles with the law offices of Fisher & Phillips LLP and its business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On May 29, 2025, I served the following document titled, **NOTICE OF ERRATA RE DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, REQUEST FOR ADDITIONAL TIME TO FILE REPLY AND CONTINUANCE OF HEARING** on all the appearing and/or interested parties in this action as follows:

Douglas Kruschen       Plaintiff, Pro Se
P.O. Box 465
MSC: 53818      Phone: 778.851.2315
Agoura Hills, CA 91376      E-Mail: litigation@libertycanyonhoa.com

☒ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Los Angeles California, in a sealed envelope with postage fully prepaid.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed May 29, 2025, at Los Angeles, California.

Amu Stark      By: */s/ Amy Stark*
Print Name                  Signature