Douglas Kruschen
P.O. Box 465
MSC: 53818
Agoura Hills, CA 91376
7788512315
*(Plaintiff Pro Se)*



FILED
CLERK, U.S. DISTRICT COURT
6/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____RYO_____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual, | Case No.: 2:25-CV-02883-FLA-(JPRx) |
| *Plaintiff* | **REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| VICTOR RENE MARTINEZ, an individual; NORBERTO MARTINEZ, an individual; STEVEN RICHARD GITTLEMAN, an individual; KERRIE DOLAN, an individual; ANNANDALE TOWNHOUSE ASSOCIATION, INC., a California corporation; and DOES 1 through 10, inclusive, | Date:  June 27, 2025
Time: 1:00 p.m.
Courtroom: 6B (First Street Courthouse)
Judge: Hon. Fernando L. Aenlle-Rocha |
| *Defendants* | |

TO THE HONORABLE COURT:

Plaintiff Douglas Kruschen, appearing pro se, respectfully requests leave to appear remotely at the Scheduling Conference currently set for June 27, 2025 at 1:00 p.m., before the Honorable Fernando L. Aenlle-Rocha.

Plaintiff will be traveling on the date of the hearing and, rather than request a continuance, seeks to appear telephonically in order to avoid delay in case management. Plaintiff affirms that he will be available at the scheduled time and is fully prepared to participate by phone without disruption to the proceedings.

Plaintiff further notes that, based on the Court's language in Docket No. 36, he understood the June 27, 2025 Scheduling Conference would likely be vacated. As no order vacating the hearing has been entered, Plaintiff files this request to ensure procedural compliance with the Court's calendar.

Defendants will suffer no prejudice if Plaintiff appears remotely. This request is made in good faith and to avoid delay.

Accordingly, Plaintiff respectfully requests that the Court grant leave to appear remotely and issue appropriate dial-in instructions.

Dated: June 18, 2025

_____

DOUGLAS KRUSCHEN

REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE; [PROPOSED] ORDER

## PROOF OF SERVICE

I am over the age of 18 and a party to this action. I am a resident of the County of Los Angeles, State of California. My mailing address is P.O. Box 465, Agoura Hills, CA 91376.

On June 18, 2025, I served the following document(s):

**REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE; [PROPOSED] ORDER**

on the following person:

Lonnie D. Giamela

Fisher & Phillips LLP

444 South Flower Street, Suite 1500

Los Angeles, CA 90071

*(Attorney for Defendants)*

☒ (BY U.S. MAIL): I enclosed the documents in a sealed envelope or package addressed to the person at the address above and deposited the envelope with the United States Postal Service, with the postage fully prepaid, on the above-referenced date.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Executed on June 18, 2025, at Agoura Hills, California.

Douglas Kruschen